**BEFORE:**    Thomas C. Platt, Senior U.S.D.J *Courtroom 1040*
**DATE:**    March 10, 2006
**TIME:**    9:30 a.m.
**DOCKET #:**  **1995cr392(s-1)-02**
**CAPTION:**   USA    -v- Timewell, et al.

<u>**CRIMINAL CAUSE FOR SENTENCE**</u>

**APPEARANCES:**

**Defense Counsel:**  James Moriarity              **Defendant**: **STEPHEN MARC JOHNSON**
　　　☐CJA ☒Retained ☐Federal Defenders       　　☒Present ☐Not Present ☐On Bond ☒ In Custody

**Government:**    **AUSA Burton Ryan**                **Court Reporter:**   **Paul Lombardi**
**Probation:**    **Holly Kaplan**                **Interpreter:**    ___

☒　　　Case called.
☒　　　Counsel for parties present.
☐　　　Fatico Hearing held: _____
☒　　　Sentencing held.
☒　　　Statements of defendant and counsel heard.
☐　　　Defendant's downward departure motion based on: _____
☐　　　Motion for downward departure is _ Granted. _ Denied.

**IMPRISONMENT:**
☒　　　The defendant is sentenced to:  **180 months, with credit for time served since 3/21/95.**
☒　　　To be followed by **5 years**    Of supervised release.
☐　　　Special conditions of supervised release are as follows: _____
☐　　　As a special condition of supervised release if the defendant leaves the country either voluntarily or involuntarily and reenters illegally he/she will be deemed a violator thereof.
☐　　　The defendant is remanded to the custody of the US Marshal.
☐　　　The defendant shall surrender _____
☐　　　The court makes the following recommendation to the Bureau of Prisons: _____

**PROBATION:**
☐　　　The defendant is sentenced to: _____
☐　　　Special conditions of probation: _____
☐　　　During the term of probation the court will not consider any travel request except for work or family emergencies.

**FINE, RESTITUTION & SPECIAL ASSESSMENT:**
☐　　　The defendant is ordered to pay a fine in the sum of:  $_____
☐　　　The fine is payable: _____
☐　　　The fine is waived based on the defendant's inability to pay.
☐　　　Restitution is ordered: _____
☒　　　Special assessment in imposed in the sum of:    $ 100.00 _____
☒　　　The Govt. moves to dismiss the open counts after the appeal period has elapsed or after the appeal has returned from the USCA.  _X_ Motion Granted. _ Motion denied.
☒　　　The defendant is advised of his right to appeal.

**(Duration time:10 min)**N:\PLATT DOCS\CASE FOLDERS\1994-1999\1995\95-392\95-392 sent johnson.wpd