UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -                                  Cr. No. 95-392

MARC JOHNSON,                                (Platt, J.)

              Defendants.
------------------------------X

## FINAL ORDER OF FORFEITURE

WHEREAS, on February 18, 2000 the Defendant entered into a plea of guilty before the Honorable Thomas C. Platt, who accepted the plea; and

WHEREAS, on February 18, 2000, this Court entered a Preliminary Order of Forfeiture (the "Preliminary Order") pursuant to the provisions of 21 U.S.C. § 853 and Rule 32.(b)(2) of the Federal Rules of Criminal Procedure, and the plea agreement of defendant MARC JOHNSON (the "Defendant") in which he agreed to forfeit to the United States of America the sum of one hundred million dollars and no cents ($100,000,000.00) as property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of unlawful narcotics possession and trafficking in unlawful narcotics possession and/or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, unlawful narcotics possession and trafficking in unlawful narcotics possession; and

WHEREAS, the Court finds that the defendant has an interest in the above-described funds, which are forfeited to the United States of America pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

3

IT IS FURTHER ORDERED and DECREED that this Order shall be final and binding only upon the Court's "so ordering" of the order; and

IT IS FURTHER ORDERED and DECREED that the Clerk of the Court shall forward five certified copies of this Final Order to the United States Attorney's Office, 610 Federal Plaza, 5th Fl., Central Islip, New York, Attn: Assistant U.S. Attorney Vincent Lipari.

Dated: Central Islip, New York
       March 10, 2006

_____
HONORABLE THOMAS C. PLATT
UNITED STATES DISTRICT JUDGE